## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KAMEDULA,<br><br>    Plaintiff,<br><br>vs.<br><br>IAN CARR, et al.,<br><br>    Defendants. | 3:18-CV-0544-MMD-CLB<br><br>**MINUTES OF THE COURT**<br><br>September 25, 2020 |

PRESENT:  <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>    LISA MANN    </u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                       </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                       </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for extension of the scheduling order (ECF No. 68). Defendants filed a response (ECF No. 69), and plaintiff replied (ECF No. 70).

In his motion, plaintiff and lists a litany of discovery delays he alleges were caused by defense counsel and seeks an additional twelve months for discovery (ECF No. 68). Defendants do not oppose the extension of time but do disagree with the characterization of the delays (ECF No. 69). Plaintiff replied that he actually prefers an additional 24 months for discovery (ECF No. 70).

Plaintiff's motion for extension (ECF No. 68) is **GRANTED in part.** The court will not grant a 24-month nor a 12-month extension. The court will grant an extension of the scheduling order as follows:

Discovery shall be completed no later than **Wednesday, March 24, 2021**;
Dispositive motions shall be filed no later than **Friday, April 23, 2021**;
The joint pretrial order shall be filed no later than **Monday, May 24, 2021**.

By granting this motion, the parties will have been afforded 351 days for discovery which is a generous time for discovery even in the most complex cases. Therefore, there will be **NO** further extensions of these deadlines for any reason.

**IT IS SO ORDERED.**                    DEBRA K. KEMPI, CLERK

                              By:         /s/                    
                                    Deputy Clerk