File

Brian Kamedula
Care of Easy Inn Motel
1661 East 6th Street, Room 181
Reno, NV 89512



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

BRIAN KAMEDULA

    Plaintiff,

v.

IAN CARR, et al,

    Defendants.

Case No. 3:18-cv-00544-MMD-CLB

**PLAINTIFF'S MOTION FOR EXTENTION OF TIME FIRST REQUEST**

Plaintiff, Brian Kamedula, in Pro Se, humbly request the court to grant a 45 day extension in discovery. After all discovery requests have been answered and delivered. This motion is based upon FED R.Civ.P, local rules, and documents on file here in.

### Memorandum of points and authorities

This request is made based upon the enormous length and delays in discovery process in this case. Due to no fault of the plaintiff in this case. There has been several deputy attorney general's assigned to this case which has caused part of the confusion and delays in discovery in this case. And due to these facts and the lack of discovery being completed in this case. Petitioner in good faith requests a 45 day extension after all discovery has been completed to respond and clarify discovery that has been delivered.

- 1 -

DATED this 28th day of July.

By: /s/ Brian Kameoluli

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, I caused the foregoing **plaintiff's motion for extension of time first request** to be filed and served by depositing a true and correct copy of the same in the U.S. Mail at Reno, Nevada, in a sealed envelope, first class postage fully prepaid to the attorneys listed below:

*Attorney for the Defendants*
MANDANA DIVANBEIKI
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101

/s/ Brian Kameoluli

- 2 -