AARON D. FORD
  Attorney General
AUSTIN T. BARNUM, (Bar No. 15174)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada  89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
E-mail: abarnum@ag.nv.gov

*Attorneys for Defendants,*
*Renee Baker, Dwayne Baze, David Carpenter,*
*Ian Carr, Stephen Clark, Daniel Collier, Ray East*
*Pamela Feil, Joseph Ferro, Tim Garrett, Valaree Olivas,*
*William Sandie, Nathan Wake, and Harold Wickham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN KAMEDULA,<br><br>                Plaintiff,<br><br>vs.<br><br>IAN CARR, et al.,<br><br>                Defendants. | Case No.  3:18-cv-00544-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

      IT IS HEREBY STIPULATED and agreed by and between Defendants, Renee Baker, Dwayne Baze, David Carpenter, Ian Carr, Stephen Clark, Daniel Collier, Ray East, Pamela Feil, Joseph Ferro, Tim Garrett, Valaree Olivas, William Sandie, Nathan Wake, and Harold Wickham, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Austin T. Barnum, Deputy Attorney General, and Plaintiff, Brian Kamedula, *pro se*, based upon the Settlement Agreement between the parties, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to dismissal with prejudice of the above-captioned action, with each party bearing their own attorney's fees and costs.

* * *

The parties further state that they have resolved this matter in its entirety and that the Court may accordingly close the case. Any and all outstanding deadlines are considered moot.

DATED this 27th day of October, 2021.               DATED this 27th day of October, 2021

                                                             AARON D. FORD
                                                             Attorney General

BRIAN KAMEDULA,                         By: /s/Austin T. Barnum
*Plaintiff, Pro Se*                              AUSTIN T. BARNUM, Bar No. 15174
                                                             Deputy Attorney General
                                                            *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  October 28, 2021